**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| JESSICA MONOKIAN | : | CIVIL ACTION NO. 09-5881(JBS-AMD) |
| Plaintiff(s), | : | |
| v. | : | |
| DAVID A. DONAGHY, ET AL., | : | |
| Defendant(s), | : | |

**CIVIL JUDGMENT**

**IT APPEARING** that an Arbitration Award was filed on November 30th, 2010, and that 30 days have elapsed from the entry of the award without any party demanding a trial de novo;

**IT IS** on this 6th day of January, 2011,

**ORDERED** that in accordance with the Arbitration Award and Local Civil Rule 201.1(g), the Arbitration Award is UNSEALED and JUDGMENT is entered.

BY THE COURT:

_s/ Jerome B. Simandle_
**JEROME B. SIMANDLE**
**UNITED STATES DISTRICT JUDGE**

ATTEST:

BY: s/James Quinlan, Arbitration Clerk

DNJ-Arb-003