ZUCKER STEINBERG
 SONSTEIN & WIXTED, PA
415 Federal Street
Camden, NJ 08103
(856) 365-0080
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JESSICA MONOKIAN (formerly Jessica O'Neill) : | CA No.:1:09-cv-05881-JBS |
| Plaintiff, : | |
| vs. : | |
| DAVID A. DONAGHY and/or JOHN DOE : #1-5 (fictitious name) and/or SMITH TRUCKING, : INC., and/or JOHN DOE OWNER #1-5 : (fictitious name), i/j/s/a, : | |
| Defendant. : | |

## ORDER TO SETTLE THE RECORD

THIS MATTER having been opened to the Court by Saul J. Steinberg, Esquire, of the law firm of Zucker Steinberg Sonstein & Wixted, PA, attorneys for plaintiff, and the Court having considered the pleadings filed to date, and for good cause having been shown, it is hereby ORDERED as follows:

1. The Judgment entered against the defendant in the amount of the Arbitration Award of $12,500.00 is hereby vacated; and

2. The Court docket is to be amended to reflect that this matter has been amicably settled by both parties.

_Jerome B. Simandle_, USDJ
~~The Hon. Ann Marie Donio, USMJ~~